UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/13

ALIOUNE DIENG,

Plaintiff,

-against-

**STIPULATION AND
ORDER OF DISMISSAL**

13 Civ. 2079 (SAS)

THE CITY OF NEW YORK, POLICE OFFICER LEWIS
RUSSELL, POLICE OFFICER CLEMENT KRUG, POLICE
OFFICER STEPHEN CAREY, POLICE OFFICER DONALD
SEHL, and SERGEANT DAVID CAMHI,

Defendants.
---------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

The Law Office of Gregory P. Mouton, Jr.
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, N.Y. 10007
(646) 706-7481


By: _____
     Gregory P. Mouton, Esq.
     *Attorney for Plaintiff*




Dated: New York, New York
    October 9 _____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Lewis, Krug,*
*Carey, Sehl and Camhi*
100 Church Street, Rm. 3-199
New York, New York 10007


By: _____
    Karl J. Ashanti, Esq.
    *Assistant Corporation Counsel*

SO ORDERED:

_____ 10/24/13

HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

2